# Court of Appeals
# of the State of Georgia

ATLANTA,  December 03, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0687.   BEVERLY WILLIAMS v. GEICO GENERAL INSURANCE COMPANY et al.

Beverly Williams brought this civil action against GEICO General Insurance Company and other defendants.  On April 24, 2019, the trial court dismissed the complaint because the statute of limitations had expired.  Williams filed a motion to vacate the dismissal order, which the trial court denied on August 7, 2019.  On September 5, 2019, Williams filed a notice of appeal to this Court.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." (Citation and punctuation omitted.)  *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012).  Instead of filing a timely notice of appeal from the trial court's April 2019 dismissal order, Williams filed a motion to vacate that order, which was in substance a motion for reconsideration.  But the denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985). Because Williams failed to file a notice of appeal within 30 days of the entry of the appealable judgment entered against her, this untimely appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/03/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.